Dwyer & Dunnigan, L.L.C.
17 Academy Street, Suite 1010
Newark, N.J. 07102
Telephone: (973) 242-3636
Andrew Dwyer (AD 7793)
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FORUM FOR ACADEMIC AND INSTITUTIONAL RIGHTS, INC., SOCIETY OF AMERICAN LAW TEACHERS, INC., et al., | Civil Action No. 03-4433 (JCL) |
| Plaintiffs, | |
| v. | |
| DONALD H. RUMSFELD, in his capacity as U.S. Secretary of Defense, et al., | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a), Plaintiffs voluntarily dismiss the above-captioned case without prejudice.

Respectfully submitted,

Andrew Dwyer
Dwyer & Dunnigan, L.L.C.
17 Academy Street, Suite 1010
Newark, N.J. 07102
Telephone: (973) 242-3636
*Attorneys for Plaintiffs*

Dated: June 17, 2006

Of Counsel:

E. Joshua Rosenkranz
Jean-David Barnea
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 832-8300

Warrington S. Parker, III
Peter Gratzinger
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
*Attorneys for Plaintiffs*